**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

vs.                                                                   CASE NO.: 5:04cr59/MCR

ROGER V. EVANS

_____/

**O R D E R**

      This matter is before the court on defendant's Motion Requesting Documents (doc. 136) wherein defendant requests documents in support of the charges described in count one as listed on the court's electronic docket.  Upon examination of the electronic docket sheet, the court discovered that count one was erroneously identified as "KILLING A CITIZEN OUTSIDE THE U.S."[1]  Defendant was charged by Indictment issued October 20, 2004, containing three counts.  Count one charged "[t]hat on or about April 12, 2004, in the Northern District of Florida, the defendant, Roger V. Evans, did, without lawful authority, intentionally and knowingly threaten to use a weapon or weapons of mass destruction, namely, anthrax, against property that is owned, leased or used by the United States or by a department or agency of the United States, that is, United Sates District Court Clerk's Office, in violation of Title 18, United States Code, Section 2332a(a)(3)."  (*See* doc. 1.)  Upon investigation, the court learned that when the case was opened in the electronic docket system, the wrong code was selected under Title 18, United States Code, Section 2332, causing the erroneous description of count one to appear on the docket sheet.  Notwithstanding this error, the Judgment and all other pleadings filed in this case reflect

---

      [1] The charge description for counts two and three were correctly reflected on the electronic docket sheet.

the correct charge as contained in Count One of the Indictment.  At the court's direction, the clerk has corrected the charge description on the docket sheet.  Accordingly, defendant's motion shall be denied as moot.

  It is ORDERED:

  1. Defendant's Motion Requesting Documents (doc. 136) is DENIED as moot.

  2. The clerk shall provide defendant a copy of the corrected docket sheet now accurately reflecting the charges against him in this case.

  **DONE and ORDERED** this 18th day of March, 2009.


        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**